# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COLLEEN BROGLIA,<br><br>Petitioner,<br><br>v.<br><br>MOLLY HILL, Warden,<br><br>Respondent. | Case No. CV 19-03351-DFM<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the Petition is dismissed, and this action dismissed with prejudice.

Date: October 17, 2019

DOUGLAS F. McCORMICK
United States Magistrate Judge